814

No. 730. CROWELL, DEPUTY COMMISSIONER, v. BENSON; and

No 731. CROWELL, DEPUTY COMMISSIONER, ET AL. v. SAME. March 16, 1931. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Thacher,* and *Messrs. J. Frank Staley* and *W. Clifton Stone* for Crowell, petitioner. *Mr. Palmer Pillans* for Knudson, petitioner. *Mr. Vincent F. Kilborn* for respondent.

No. 685. DELAVAL STEAM TURBINE CO. v. UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Court of Claims granted. *Messrs. John S. Flannery, George C. Holton, Frank F. Nesbit,* and *George F. Losche* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Claude R. Branch* for the United States.

No. 759. UNITED STATES v. KIRBY LUMBER CO. April 20, 1931. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Mr. Paul D. Miller* for the United States. *Mr. Robert Ash* for respondent.

No. 773. MOORE, TRUSTEE IN BANKRUPTCY, v. BAY. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Charles F. Hutchins* for petitioner. No appearance for respondent.

No. 779. SUN INSURANCE OFFICE v. SCOTT;

No. 780. NORWICH UNION FIRE INSURANCE SOCIETY, LTD., v. SAME; and